```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  12/28/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

MICHELLE CANDELARIO,

                                        Plaintiff,

                    -against-                                           **23-CV-7144 (JMF) (KHP)**

KILOLO KIJAKAZI, Acting Commissioner of                                 **ORDER**
   Social Security,

                                        Defendant.
------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

Martin O'Malley became the Commissioner of Social Security on December 20, 2023.

Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Clerk of the Court is

respectfully directed to substitute Martin O'Malley for Kilolo Kijakazi as the defendant in this

suit, and to update the case caption to reflect the substitution.

            **SO ORDERED.**

DATED:        New York, New York
              December 28, 2023

                                          _____
                                          KATHARINE H. PARKER
                                          United States Magistrate Judge